IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PIONEER MILITARY LENDING
OF GEORGIA, INC.,
    Plaintiff,

vs.                                    CASE NO.: 4:05cv153-SPM/AK

BILL MCCOLLUM,
Attorney General of Florida,
    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' Joint Stipulation for Voluntary Dismissal With Prejudice (doc. 147) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 24th day of September, 2007.

                             *s/ Stephan P. Mickle*
                             Stephan P. Mickle
                             United States District Judge